IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-02679-DDD-KLM

STEVEN DANIEL FELIX

        Plaintiff,

v.

1403 EAST 2nd, LLC

        Defendant

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

  The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: January 26, 2023      Respectfully,

           By:  */s/ R. Bruce Tharpe*
              R. Bruce Tharpe

              **LAW OFFICE OF**
              **R. BRUCE THARPE, PLLC**
              PO Box 101
              Olmito, TX 78575
              (956) 255-5111 (Tel)

              ATTORNEY OF RECORD FOR
              PLAINTIFF STEVEN DANIEL FELIX

### CERTIFICATE OF SERVICE

  I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the United States District of Colorado ECF system on 1/26/2023.

              */s/ R. Bruce Tharpe*
              R. Bruce Tharpe

1