IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-02679-DDD-KLM

STEVEN DANIEL FELIX

        Plaintiff,

v.

1403 EAST 2nd, LLC

        Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, STEVEN DANIEL FELIX, Plaintiff, and 1403 EAST 2nd, LLC, Defendant, have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

## STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:    April 3, 2023    FOR STEVEN DANIEL FELIX, Plaintiff

BY:    /S/   R. Bruce Tharpe
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:     April 3, 2023    FOR 1403 EAST 2nd, LLC, Defendant

BY:    */s/ Luke Gilewski*
Mr. Luke Gilewski
LITTLER
1900 Sixteenth Street, Suite 800
Denver, CO 80202-5835